UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greenville

FILED
APR 21 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Travis J. Mitchell )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. )  Case No. _____
)       (to be assigned by Clerk)
Sullivan Co. Sheriffs office )
and Board of probation + parole )
officer Cochney, Wacle, Pitts, Rumble )
Sheriff Cassity, D.A. Gene Perrin )
P.O. Director Kirk Wright, Nikk wissing )
Name of defendant (s) Jordan, sheppley )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Violation of Due process, Conspiracy to cover up an aggravated assault, fraud, wrongful imprisonment, slander

2. Plaintiff, Travis J Mitchell resides at
356 Ellis Rd , Blountville
street address                city
Sullivan Co , TN , 37617 , 423 833-8189
county    state    zip code    423.383 3790
                                telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, __Sullivan County Sheriffs office__ lives at, or its business is located at
__140 Blountville By pass__, __Blountville__,
street address                          city
__Sullivan CO__, __TN__, __37617__.
county               state            zip code

(if more than one defendant, provide the same information for each defendant below)

Officers Charles Godsey, Evan Wade, Jacob Fitts, Rick Rumble, Sheriff Jeff Cassity, D.A. Gene Perrin, Corley Shipley Board of probation and parole Kela Wright, Nikkie Wiggins Jordan Taylor.

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On the morning of Dec 6, 2021 I Travis S Mitchell was assaulted beaten and tazed several times. until I used the bathroom, Deposited and urinated on myself. Officers Godsey, Fitts & Wade, Told me I was under arrest for a Domestic Assault and resisting arrest. These charges was dismissed. But I remained in jail on a VOP for supposedly calling officer Godsey a Bitch. I can prove from there own statments that they all made and signed. That they all conspired to cover up the aggravated assault. The first report said I fell causing an abrasion above my right eye. I have a video that shows that to be a lie, 37 secs or so into the video officer Wade extends he's leg back pulling out an foreign object that I saw with my own eyes. To be Brass knuckles. officer Wade hits me in my face cutting me open covering me in blood. They then denied me medical attention. with an ambulance on site. The D.A. Gene Perrin and the Sheriffs office Jeff Cassity and Board of Probation and parole Wright, Wiggens Jordan and all the above named officers conspired together to cover up the aggravated assault and Falsifying Government Documents

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Hold the sheriff's department and all the officers and D.A., Board of probation and parole allmatiran Damages accountable for their accitian, and for not upholding their oath.

   b. Pay - Pain and Suffering, and to be compinssated for wrongfully imprisoned, and assulted and beten. Metenl ganguitres, wrongfuly charged and to be compensated for the damages in the amount of 50,000,000.00

   c. 50, million dollars.

   d. _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20____.

_____
356 Ellis Rd Blountville
TN 37617
_____
Signature of plaintiff (s)

3

statements made the night of the 16th in Dec. was then violated and served the remainder of my sentence. Also the night of the 6th was recorded by my then 17yr old nephew Jesse mitchell. Officer wade changed his statments as did all the officers of what happend on the morning of Dec 6 2021. They Swor under oath at my parole hering where all three officers wade, Fitts, & Cochran Testified to wade hitting me with a closed fist. They also addmitted to assulting and Tyzing me. wade provide a notor written statement where he change his statement saying he hit me. at the end of the video I ask officer wade did you have to hit me in the face like that. his statmet was yes sir. They lied from begining to end trying the hole way to dig there selfs out. But The truth is in the video, I wasnt going to Sue them because no one ever gave me a second chance. wade was young he made a bad desision. But Just last week around the 14th of April 2022 I was assulted Beaten and Tazed unconsints. They woke back up. They stood me on my feet. Then officer Fitts said "Trap." Thats I looked up and the man hit me in the face with his Seven weppon. and falsfully charged me with 13 charges. I am in fear for my life, I do believe the these officer are going to hill me, please help me. My life is worth fighting for. I've been out of jail & prison for 3 years, I changed my life, started my own garge. I give back to my community. I am a productive member of society.

Thank you
Travis J Mitchell